IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

SHELLEY LYNN LIBBY,

        Plaintiff,        3:23-CV-1052 (AMN/ML)

-v-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

## STIPULATION FOR ATTORNEY FEES

**IT IS HEREBY STIPULATED** by and between Vernon Norwood, Special Assistant United States Attorney, for Carla B. Freeman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Howard D. Olinsky, Esq., attorney for the Plaintiff, that the Commissioner of Social Security shall pay Plaintiff the sum of **$4,001.21** in attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel and provided Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of $0.00 as this case was filed *in forma pauperis*.

DATED: Syracuse, New York, July 12, 2024

| | |
|---|---|
| CARLA B. FREEMAN<br>United States Attorney | OLINSKY LAW GROUP<br>Attorneys for Plaintiff |
| BY: */s/ Vernon Norwood*<br>VERNON NORWOOD<br>Special Asst. United States Attorney<br>Office of Program Litigation, Office 2<br>Office of the General Counsel<br>Social Security Administration<br>6401 Security Boulevard<br>Baltimore, Maryland 21235<br>(212) 264-9471<br>vernon.norwood@ssa.gov | BY: */s/*<br>HOWARD OLINSKY, Esq.<br>250 South Clinton Street – Suite 210<br>Syracuse, New York 13202<br>(315) 701-5781<br>holinsky@windisability.com |

**SO ORDERED:**

_____
Hon. Anne M. Nardacci
U.S. District Judge


  July 15                          , 2024